IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:04CR243 |
| Plaintiff, | ) | |
| | ) | **ORDER FOR WRIT** |
| vs. | ) | **OF HABEAS CORPUS** |
| | ) | **AD PROSEQUENDUM** |
| TROY M. SAMPSON, | ) | |
| | ) | |
| Defendant. | ) | |

Upon the application of the United States,

IT IS ORDERED that a Writ of Habeas Corpus Ad Prosequendum be issued by the Clerk of the Court to the Warden of the Norfolk Regional Center, and the U.S. Marshal for the District of Nebraska for the appearance of said defendant before this Court on or after April 20, 2005.

DATED this ___19th___ day of April, 2005.

LAURIE SMITH CAMP
UNITED STATES DISTRICT COURT JUDGE

Writ issued 4/19/05 to USM / 1 cert USA / 1 cert USM.